NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**STEPHAN D. EVANS,**
*Petitioner,*

v.

**UNITED STATES POSTAL SERVICE,**
*Respondent.*

---

2012-3190

---

Petition for review of the Merit Systems Protection Board in case no. SF0752100966-I-2.

---

**ON MOTION**

---

Before LINN, *Circuit Judge.*

**O R D E R**

Counsel for Stephan D. Evans moves for leave for exemption from electronic filing.

Counsel states that his computer is outdated and he is unable to file documents with the court's system.

Upon consideration thereof,

IT IS ORDERED THAT:

STEPHAN EVANS V. USPS                                    2

The motion is granted. Counsel should not expect routine waiver of the court's electronic filing rules if continued practice before this court is anticipated. In this case only, Evans may file documents in paper form and the court will scan them for e-filing purposes. Evans' opening brief is due within 30 days of the date of this order.

FOR THE COURT


/s/ Jan Horbaly
Jan Horbaly
Clerk

s8